

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2022

No. 04-21-00416-CV

Kimi-Lyn **MURRAY**,
Appellant

v.

Phillip **MURRAY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
The Honorable Monique Diaz, Judge Presiding

## O R D E R

     Appellant's brief is currently due on May 23, 2022. On May 2, 2022, appellant filed a "Motion to Supplement Reporter's Record," which stated: (1) a previously requested volume of the reporter's record had not been filed in this court; and (2) appellant had recently requested the preparation of an additional volume. Appellant's motion included a letter to court reporter Sachiko Nagao showing that appellant requested the preparation of these volumes on May 2, 2022. We **ORDER** court reporter Sachiko Nagao to file the requested volumes **by May 18, 2022**.

_____
Beth Watkins, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court